IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:18CR44** |
| vs. | |
| ROSALIO PEREZ | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [19]. Counsel is seeking additional time to find a mutually acceptable agreement to resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [19] is granted as follows:

1. The jury trial, now set for May 15, 2018, is continued to **July 24, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 24, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 14th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge